**Garland A. JONES, Plaintiff-Appellant,**

v.

**TOLSON; et al., Defendants-Appellees.**

**No. 17-17060**

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

Garland A. Jones, Pro Se

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM ** ·

Garland A. Jones, a California state prisoner, appeals pro se from the magistrate judge's order denying his motion for relief from judgment. We dismiss this appeal for lack jurisdiction because Jones failed to appeal timely from the magistrate judge's order denying his motion for relief from judgment. *See* Fed. R. App. P. 4(a)(1)(A); *Bowles v. Russell*, 551 U.S. 205, 209, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007) (timely notice of appeal is mandatory and jurisdictional); *see also* Fed. R. App. P. 4(c)(1) (inmate's notice of appeal is deemed filed when deposited in the institution's internal mail system if accompanied by supporting declaration or evidence); *Houston v. Lack*, 487 U.S. 266, 273, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) (pro se pris-

oner's notice of appeal is deemed filed when delivered to the prison authorities for forwarding to the court).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

